IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDI D. JACKSON<br>as next friend and parent of<br>KEELY A. JACKSON, a minor child<br>under the age of eighteen years old<br><br>　　　Plaintiffs,<br><br>v.<br><br>RASHONDALYN NIXON, individually<br>and CHRISTY BLAZER, individually<br><br>　　　Defendants. | Case No.: 3:09-CV-0954<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 7) is **GRANTED**. Additionally, the plaintiff's Motion to Amend/Correct the Complaint (Docket No. 4) is **DENIED AS MOOT**. The case is hereby **DISMISSED**. Entry of this Order shall constitute the judgment in this case.

Entered this 16th day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge