UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDI D. JACKSON, as next friend and parent of Keely A. Jackson, a minor child under the age of eighteen years old, <br><br>Plaintiff, <br><br>v. <br><br>RASHONDALYN NIXON and CHRISTY BLAZER. <br><br>Defendants. | No. 3:09-0954 <br> Judge Trauger |

## ORDER

The plaintiff's Motion to Extend the time for filing a Notice of Appeal (Docket No. 15) is **GRANTED**. It is hereby **ORDERED** that any notice of appeal must be filed by the plaintiff by Friday, April 16, 2010.

It is so **ORDERED**.

ENTER this 5th day of April 2010.

Aleta A. Trauger
United States District Judge